Attachment A

The defendant, a Resident Alien of the United States, attempted to bring illegally into the United States through the Anzalduas Port of Entry alien child K.D.F.C. (female 16 YOA), a Mexican citizen, aboard a taxi. At primary, the minor presented a Permanent Resident card bearing the name and photo of another person. Both were escorted into secondary for further inspection.

At secondary, the defendant claimed the minor was his sister. He further admitted to stealing his sister's document and providing it to K.D.F.C. in order to facilitate her illegal entry. He went on to admit that K.D.F.C. was his girlfriend and that he was attempting to bring her in as he was receiving threats from unknown individuals in Mexico. The defendant admitted that he was attempting to bring the minor into the United States and travel to Houston, Texas, then intended to take her to Pennsylvania where he worked. A pat down revealed the defendant was hiding K.D.F.C.'s Mexican Passport in his shoe.

K.D.F.C. claimed that she and the defendant have been in an intimate relationship for the last two years. She further stated that the defendant had provided the document she presented. K.D.F.C. claimed that on April 19, 2019, she traveled by bus from Morelia, Mexico to Mexico City, Mexico. Once there, K.D.F.C. claims she was greeted by the defendant whom flew from Pennsylvania for the sole purpose of bringing her in to the United States. K.D.F.C. claimed that on April 20, 2019, both she and the defendant boarded a flight from Mexico, City to Reynosa, Tamaulipas then traveled by taxi to the Anzalduas Port of Entry.

Database queries revealed K.D.F.C. is a Mexican citizen with no legal status to enter the United States. K.D.F.C. was transported to the McAllen Central Processing Center for temporary housing.