**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

UNITED STATES OF AMERICA

v.                                     Case No.: 7:19–po–00117
                                           Magistrate Judge Juan F. Alanis

Nicaso Soria–Aburto

**JUDGMENT**

On **4/22/2019**, the defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of attempting to gain illegal entry into the United States by willful concealment of a material fact, in violation of Title 8, United States Code, Section 1325(a)(3), as charged in the Complaint; and the Court having found that the defendant is mentally competent, that the defendant's plea is voluntary and that there is a factual basis for the plea;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED that a term of imprisonment of **45 days and a special assessment of $10.00 are hereby imposed. Defendant is to be given credit for time already served on said sentence.**

DONE at McAllen, Texas, on **4/22/2019**.

_____
Juan F. Alanis
United States Magistrate Judge